| | |
|---|---|
| 1 | JEFFREY A. TOPOR (SBN 195545) |
| | jtopor@snllp.com |
| 2 | R. TRAVIS CAMPBELL (SBN 271580) |
| | tcampbell@snllp.com |
| 3 | SIMMONDS & NARITA LLP |
| | 44 Montgomery Street, Suite 3010 |
| 4 | San Francisco, CA 94104-4816 |
| | Telephone: (415) 283-1000 |
| 5 | Facsimile:  (415) 352-2625 |

Attorneys for Defendant
AllianceOne, Inc. erroneously sued
as Alliance One

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENETTA WILLIAMS, | CASE NO. CV-11-06418 JSW |
| Plaintiff, | |
| | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| | Complaint Served: January 3, 2012 |
| ALLIANCE ONE, | Current Response Date: January 24, 2012 |
| Defendant. | New Response Date: February 23, 2012 |

1  WHEREAS the Complaint in this action was filed on December 19, 2011;

2  WHEREAS Defendant AllianceOne, Inc. was served with the Complaint on
3  January 3, 2012;

4  WHEREAS Defendant's response to the Complaint is currently due on
5  January 24, 2012;

6  WHEREAS Defendant requires additional time to investigate the claims
7  asserted in the Complaint;

8  WHEREAS Plaintiff has agreed to grant Defendant an extension of time to
9  respond to the Complaint up to and including February 23, 2012; and

10 WHEREAS the requested extension of time will have no effect on the case
11 schedule,

12 THEREFORE plaintiff Genetta Williams and defendant AllianceOne, Inc., by
13 and through their counsel, hereby stipulate and agree pursuant to Local Rule 6-1(a),
14 that Defendant may have up to and including February 23, 2012, to answer or
15 otherwise respond to the Complaint filed in this action.

16 IT IS SO STIPULATED

18 DATED: January 24, 2012        SIMMONDS & NARITA LLP
                                  JEFFREY A. TOPOR
19                                R. TRAVIS CAMPBELL

21                                By:  s/R. Travis Campbell
                                       R. Travis Campbell
22                                     Attorneys for Defendant
                                       AllianceOne, Inc. erroneously sued
                                       as Alliance One

24 DATED: January 24, 2012        KROHN & MOSS, LTD
25

27                                By:  s/ Mahadhi Corzano
                                       Mahadhi Corzano
                                       Attorneys for Plaintiff
28                                     Genetta Williams

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: January 31, 2012

_____
Hon. Jeffrey S. White
U.S. District Judge