JEFFREY A. TOPOR (SBN 195545)
jtopor@snllp.com
R. TRAVIS CAMPBELL (SBN 271580)
tcampbell@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625

Attorneys for Defendant
AllianceOne, Inc. erroneously sued
as Alliance One

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENETTA WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALLIANCE ONE,<br><br>　　　　Defendant. | CASE NO. CV-11-06418 JSW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served: January 3, 2012<br><br>Current Response Date: January 24, 2012<br><br>New Response Date: February 23, 2012 |

1  WHEREAS the Complaint in this action was filed on December 19, 2011;

2  WHEREAS Defendant AllianceOne, Inc. was served with the Complaint on
3  January 3, 2012;

4  WHEREAS Defendant's response to the Complaint is currently due on
5  January 24, 2012;

6  WHEREAS Defendant requires additional time to investigate the claims
7  asserted in the Complaint;

8  WHEREAS Plaintiff has agreed to grant Defendant an extension of time to
9  respond to the Complaint up to and including February 23, 2012; and

10  WHEREAS the requested extension of time will have no effect on the case
11  schedule,

12  THEREFORE plaintiff Genetta Williams and defendant AllianceOne, Inc., by
13  and through their counsel, hereby stipulate and agree pursuant to Local Rule 6-1(a),
14  that Defendant may have up to and including February 23, 2012, to answer or
15  otherwise respond to the Complaint filed in this action.

16  IT IS SO STIPULATED

18  DATED: January 24, 2012       SIMMONDS & NARITA LLP
                                  JEFFREY A. TOPOR
19                                R. TRAVIS CAMPBELL

21                          By:   s/R. Travis Campbell
                                  R. Travis Campbell
                                  Attorneys for Defendant
22                                AllianceOne, Inc. erroneously sued
                                  as Alliance One

24
25  DATED: January 24, 2012       KROHN & MOSS, LTD

27                          By:   s/ Mahadhi Corzano
                                  Mahadhi Corzano
                                  Attorneys for Plaintiff
28                                Genetta Williams

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _January 31, 2012_____          _____
                                                                                          Hon. Jeffrey S. White
                                                                                          U.S. District Judge